(91 South. 922)

CRUMP v. STATE. (8 Div. 388.) (Supreme Court of Alabama. Oct. 27, 1921.) Certiorari to Court of Appeals. S. A. Lynne, of Decatur, for appellant. Harwell G. Davis, Atty. Gen., for the State.

THOMAS, J. Petition of Murray Crump for certiorari to the Court of Appeals to review and revise the judgment of said court rendered

on the appeal of Murray Crump v. State, 91 South. 924. Writ denied.

ANDERSON, C. J., and McCLELLAN and SOMERVILLE, JJ., concur.